In the Matter of the Accounting of RICHARD MARCELLUS et al., as Administrators of JOHN N. MARCELLUS, Deceased.

RICHARD MARCELLUS, as Administrator, Appellant; F. JEROME CLUTE, as Administrator, et al., Respondents.

*Matter of Marcellus,* 48 App. Div. 639, affirmed.
(Argued October 21, 1901; decided November 12, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, made March 23, 1900, affirming a decree of the Surrogate's Court of Schenectady county settling the accounts of Richard Marcellus and F. Jerome Clute, as administrators of John N. Marcellus, deceased.

*Jacob H. Clute* for appellant.

*S. W. Jackson* for respondents.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.